WILLIAM J. WILLIAMS, Appellant  *v.*  HELEN EGBERT, Respondent.

(Submitted June 20, 1873; decided September term, 1873.)

DECIDED, on opinion of TAPPAN, J., at General Term.

*Daniel S. Walden* for the appellant.

*C. & T. Perry* for the respondent.

Mem. *per Curiam* for affirmance, on opinion of TAPPAN, J., below.
All concur.
Judgment affirmed.